# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW HERNANDEZ and WILAIRAT "TUCKEY" HERNANDEZ, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 1:25-cv-04763-ELR |
| ADRIAN RICHARDS, TIM CONNER, Individually and in their Official Capacities as Employees of the Forsyth County Sheriff's Office, CAMILLE WIGGINS, Individually and in her Official Capacity as Forensic Interviewer, STEPHANIE V. BLANK CENTER FOR SAFE AND HEALTHY CHILDREN, INC., DR. STEPHEN A. MESSNER, M.D., DR. EMMANUEL PENA, M.D., DR. RACHEL KRIEGER, M.D., CHILDREN'S HEALTHCARE OF ATLANTA, INC., CANDICE BROCHE, Individually and in her Official Capacities as Georgia Dept. of Human Services and Director of the Georgia Dept. of Family and Children Services, CARA BOWEN, Individually and in her Official Capacity as the Director of the Fulton County Dept. of Family and Children Services, MACKENZIE MCCRAY, NIKKI CANNON, Individually and in their | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |

Official Capacities as Case          )
Managers for the Forsyth County      )
Dept. of Family and Children         )
Services, SARA ELLERS,               )
Individually and in her Official     )
Capacity as DFCS Investigator,       )
ASHLEY SMITH, Individually and       )
in her Official Capacity as the Case )
Plan Supervisor for the Fulton       )
County  Dept. of Family and          )
Children Services,                   )
                                     )
                 Defendants.         )

## ANSWER OF DEFENDANT DR. EMMANUEL PENA, M.D.

COMES NOW DR. EMMANUEL PENA, M.D. (hereinafter "Defendant"), Defendant in the above-styled action, demands a jury of twelve (12) persons, and responds to the Complaint for Personal Injuries and Damages as follows:

## FIRST DEFENSE

Defendant demands a jury of twelve impartial persons.

## SECOND DEFENSE

Plaintiffs' claims against Defendant are barred, in whole or in part, by the applicable statutes of limitations.

## THIRD DEFENSE

The Complaint fails to state a claim against Defendant upon which relief may be granted, and accordingly Defendant raises the defenses set forth in O.C.G.A. § 9-11-12(b)(6) and F.R.C.P. 12(b)(6).

2

## FOURTH DEFENSE

Defendant did not breach any legal duty owed to Plaintiffs, and at all times Defendant exercised that degree of care required by law.

## FOURTH DEFENSE

Defendant denies any contention that he was negligent and further denies that any act or omission on his part proximately caused the alleged damage of the Plaintiffs.

## FIFTH DEFENSE

To the extent Defendant was involved in the care and treatment provided to Emma Hernandez, he at all times complied with the applicable standard of care.

## SIXTH DEFENSE

To the extent as may be shown by evidence through discovery, Defendant avers the affirmative defenses of assumption of risk, accord and satisfaction, failure to mitigate, release, collateral source of recovery, judicial estoppel, comparative negligence, discharge in bankruptcy, laches, waiver, and to the extent Plaintiffs are not the proper parties of interest and lack standing. Defendant does not waive any available affirmative defenses that are reasonably unknown to him or are unavailable at the time but may arise through discovery, amendment of pleading, or subsequent filing.

3

## SEVENTH DEFENSE

Defendant asserts the defense of contributory negligence.

## EIGHTH DEFENSE

Defendant asserts the affirmative defenses of intervening/superseding causation and state that the Plaintiffs' alleged injuries and damages may have been caused, in whole or in part, by the conduct of others over whom Defendant exercised no control and for whose conduct Defendant are not legally responsible.

## NINTH DEFENSE

Defendant asserts the defense of immunity pursuant to O.C.G.A. § 19-7-5.

## TENTH DEFENSE

Plaintiffs have failed to allege special damages with particularity.

## ELEVENTH DEFENSE

Responding to the numbered paragraphs of the Complaint, Defendant states as follows:

## PART I. JURISDICTION AND VENUE

1.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

2.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

3.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

4.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

5.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

6.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

7.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

8.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

9.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

10.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

11.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

12.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

13.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

14.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

15.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

## PART II. FACTUAL BACKGROUND OF CLAIMS

16.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint at this time.

17.

Upon information and belief, Defendant admits the allegations contained in this paragraph of Plaintiffs' Complaint.

18.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

19.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

20.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

21.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

22.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

23.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint as stated.

24.

Defendant admits the allegations contained in this paragraph of Plaintiffs' Complaint.

25.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

26.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

27.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

28.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

29.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

30.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

31.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

32.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

33.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

34.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

35.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

36.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

37.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

38.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

39.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

40.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

41.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

42.

Upon information and belief, Defendant admits the allegations contained in this paragraph of Plaintiffs' Complaint.

43.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

44.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

45.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

46.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

47.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

48.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

49.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

50.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

51.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

52.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

53.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

54.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

55.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

56.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

57.

Defendant generally admits the allegations contained in this paragraph of Plaintiffs' Complaint.

58.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

59.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint as stated.

60.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

61.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

62.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

63.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

64.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

65.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

66.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

67.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

68.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

69.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

70.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

71.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

72.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

73.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

74.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

75.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

76.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

77.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

78.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

79.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

80.

Defendants are without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

81.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

82.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

83.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

84.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

85.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

86.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

87.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

88.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

89.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

90.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

91.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

92.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

93.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

94.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

95.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

96.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

97.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

98.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

99.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

100.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

101.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

102.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

103.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

104.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

105.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

106.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

107.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

108.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

109.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

110.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

111.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

112.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

113.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

114.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

115.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

116.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

117.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint as stated.

118.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint as stated.

119.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

120.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

121.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

122.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

123.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

124.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

125.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

126.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

## PART III. FEDERAL CLAIMS UNDER § 42 U.S.C. 1983

### Count 1: False Arrest

127.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

128.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint as stated.

129.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

130.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

131.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

132.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

## Count 2: Malicious Prosecution

133.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

134.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

135.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

136.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

137.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

138.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

## Count 3. Violation of Right to Parent

139.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

140.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

141.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

142.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

143.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

144.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

145.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

146.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

147.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

148.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

149.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

150.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

151.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

152.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

153.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

154.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

**Count 4. Violation of Sixth Amendment Right to Counsel**

155.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

156.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

## Count 5. Conspiracy to Violate Rights

157.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

158.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

159.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

160.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

161.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

## Count 6. First Amendment Retaliation Claim

### 162.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

### 163.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

### 164.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

### 165.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

### 166.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

### 167.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

# PART IV. STATE LAW CLAIMS

## Count 7. False Imprisonment

### 168.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

### 169.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

### 170.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

### 171.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

### 172.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint as stated.

## **Count 8. Defamation**

### 173.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

### 174.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

### 175.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

### 176.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

## **Count 9. Negligence**

### 177.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

178.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

179.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

180.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

181.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

182.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint and specifically denies any implications or allegations of negligence contained therein.

183.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

184.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

185.

Defendant is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint.

186.

Defendant generally admits the allegations contained in this paragraph of Plaintiffs' Complaint.

187.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

188.

*No such paragraph exists.*

189.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

190.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

## **Count 10. Attorney's Fees**

191.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

192.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

193.

Defendant denies the allegations contained in this paragraph of Plaintiffs' Complaint.

## **Count 11. Punitive Damages**

194.

In response to this paragraph of Plaintiff's Complaint, Defendant incorporates herein by reference his responses to the previous paragraphs as if fully set forth herein.

195.

Defendant denies the allegations contained in this paragraph of Plaintiffs'

Complaint.

196.

Should any allegation in Plaintiffs' Complaint remain unanswered, Defendant

denies each such allegation.

WHEREFORE, Defendant hereby demands a trial by a jury of twelve persons

(12), a pre-trial conference, and that he be discharged with costs cast against the

Plaintiffs.

This 29th day of August, 2025.

HUFF, POWELL & BAILEY, LLC

/s/ *Taylor Tribble*

_____
R. PAGE POWELL, JR.
GEORGIA BAR NO. 586696
JULYE JOHNS BAILEY
GEORGIA BAR NO. 394856
TAYLOR TRIBBLE
GEORGIA BAR NO. 904116
P. KYLE PERRY
GEORGIA BAR NO. 839444
SANDY BAILEY
GEORGIA BAR NO. 142591
ALEXANDER C. VEY
HUFF, POWELL & BAILEY, LLC    GEORGIA BAR NO. 307899
999 Peachtree Street, Suite 950

Atlanta, GA 30309                  *Counsel for Defendant DR.*
Telephone: (404) 892-4022          *EMMANUEL PENA, M.D.*
Fax: (404) 892-4033