IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW HERNANDEZ and WILAIRAT "TUCKEY" HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> ADRIAN RICHARDS, Individually and in her Official Capacities as Georgia Dept. of Human Services and Director of the Georgia Dept. of Family and Children Services, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION FILE <br><br> NO. 1:25-cv-04763-ELR <br><br> JURY TRIAL DEMANDED |

## MOTION TO DISMISS
## OF DR. STEPHEN MESSNER, M.D.

Pursuant to Fed. R. Civ. P. 12(b)(6), Stephen Messner, M.D. ("Dr. Messner"), moves this Court to dismiss Plaintiffs' action against him for failure to state a claim for which relief can be granted, as Plaintiffs have failed to comply with the applicable statutes of limitations and Dr. Messner is entitled to immunity.

In support of this motion, Dr. Messner relies on the arguments and citations to authority presented in the accompanying brief in support, which he files contemporaneously with this motion.

1

This 23rd day of September, 2025.

                                          HUFF, POWELL & BAILEY, LLC

                                          */s/ Taylor Tribble*
                                          _____
                                          R. PAGE POWELL, JR.
                                          GEORGIA BAR NO. 586696
                                          JULYE JOHNS BAILEY
                                          GEORGIA BAR NO. 394856
                                          TAYLOR TRIBBLE
                                          GEORGIA BAR NO. 904116
                                          P. KYLE PERRY
                                          GEORGIA BAR NO. 839444
                                          SANDY BAILEY
                                          GEORGIA BAR NO. 142591
                                          ALEXANDER C. VEY

HUFF, POWELL & BAILEY, LLC       GEORGIA BAR NO. 307899
999 Peachtree Street, Suite 950
Atlanta, GA 30309                            *Counsel for Defendant DR. STEPHEN*
Telephone: (404) 892-4022              *MESSNER, M.D.*
Fax: (404) 892-4033

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

This 23rd day of September, 2025.

                                        HUFF, POWELL & BAILEY, LLC

                                        */s/ Taylor Tribble*_____
                                        R. PAGE POWELL, JR.
                                        GEORGIA BAR NO. 586696
                                        JULYE JOHNS BAILEY
                                        GEORGIA BAR NO. 394856
                                        TAYLOR TRIBBLE
                                        GEORGIA BAR NO. 904116
                                        P. KYLE PERRY
                                        GEORGIA BAR NO. 839444
                                        ALEXANDER C. VEY
                                        GEORGIA BAR NO. 307899

HUFF, POWELL & BAILEY, LLC        *Counsel for Defendant DR. STEPHEN*
999 Peachtree Street, Suite 950          *MESSNER, M.D.*
Atlanta, GA 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW HERNANDEZ and WILAIRAT "TUCKEY" HERNANDEZ, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION FILE |
| v. | ) NO. 1:25-cv-04763-ELR |
| ADRIAN RICHARDS, Individually and in her Official Capacities as Georgia Dept. of Human Services and Director of the Georgia Dept. of Family and Children Services, et al., | )<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the within and foregoing via e-file and serve to the following counsel of record:

Jordan Johnson, Esq.
Bernard & Johnson, LLC
5 Dunwoody Park
Suite 100
Atlanta, GA 30338
Alex@Justice.Law.com

Jessica Burton, Esq.
JSB Law Firm, LLC
P.O. Box 8
Winder, GA 30680

4

jessica@jsblawfirm.com

Terry E. Williams
Justin R. Techo
Williams & Waymire, LLC
Bldg. 400, Suite A 4330 South Lee Street
Buford, GA 30518
terry@wmwlaw.com
justin@wmwlaw.com

Robert P. Monyak, Esq.
Peters & Monyak, LLP
2970 Clairmont Rd NE, Ste. 700
Atlanta, Georgia 30329
rmonyak@petersmonyak.com

Kevin Whitmore, Esq.
Assistant Attorney General
Georgia Department of Law
40 Capital Square, SW
Atlanta, Georgia 30334
kwhitmore@law.ga.gov

The 23rd day of September, 2025.

        HUFF, POWELL & BAILEY, LLC

        */s/ Taylor Tribble*_____
        R. PAGE POWELL, JR.
        GEORGIA BAR NO. 586696
        JULYE JOHNS BAILEY
        GEORGIA BAR NO. 394856
        TAYLOR TRIBBLE
        GEORGIA BAR NO. 904116
        P. KYLE PERRY
        GEORGIA BAR NO. 839444
        ALEXANDER C. VEY

                                                           GEORGIA BAR NO. 307899

*Counsel for Defendant DR. STEPHEN MESSNER, M.D.*

HUFF, POWELL & BAILEY, LLC
999 Peachtree Street, Suite 950
Atlanta, GA 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033

6