## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MATTHEW HERNANDEZ and WILAIRAT "TUCKEY" HERNANDEZ**     **Plaintiffs**<br><br>**v.**<br><br>**ADRIAN RICHARDS, TIM CONNER, Individually and in their Official Capacities as employees of the Forsyth County Sheriff's Office, CAMILLE WIGGINS, Individually and in her Official Capacity as Forensic Interviewer, STEPHANIE V. BLANK CENTER FOR SAFE AND HEALTHY CHILDREN, INC., DR. STEPHEN A. MESSNER, M.D., DR. EMMANUEL PENA, M.D., DR. RACHEL KRIEGER, M.D., CHILDREN'S HEALTHCARE OF ATLANTA, INC., CANDICE BROCHE, Individually and in her Official Capacities As Georgia Dept. of Human Services and Director of the Georgia Dept. of Family and Children Services, CARA BOWEN, individually and in her Official Capacity as Director of the Fulton County Dept. of Family and Children Services, MACKENZIE MCCRAY, NIKKI CANNON, Individually and in their Official Capacities as Case Managers for the Forsyth County Dept. of Family and Children Services, SARA ELLERS, Individually and in her Official Capacity as DFCS Investigator, and ASHLEY SMITH, Individually and in her Official Capacity as the Case Plan Supervisor For the Fulton County Dept. of Family and Children Services,**     **Defendants.** | **CIVIL ACTION FILE NO. 1:25-CV-4763 ELR** |

## ANSWER OF DEFENDANT RACHEL KRIEGER, M.D. TO PLAINTIFFS' COMPLAINT FOR DAMAGES DUE TO VIOLATIONS OF 42 U.S.C. § 1983 AND STATE LAW

Defendant Rachel Krieger, M.D. ("Dr. Krieger") hereby files this answer to the complaint:

### FIRST DEFENSE

Plaintiffs' complaint fails to state claims upon which relief may be granted; Dr. Krieger raises the defenses set forth in Fed. R. Civ. P. 12(b)(6).

### SECOND DEFENSE

Dr. Krieger has not been served with the summons or complaint and therefore raises the defenses of lack of service and service of process. By filing this answer Dr. Krieger does not waive her right to timely service nor her defenses of lack of service and service of process.

### THIRD DEFENSE

Dr. Krieger is entitled to the immunities conferred by O.C.G.A. § 19-7-5.

### FOURTH DEFENSE

All claims against Dr. Krieger for professional negligence are barred for lack of compliance with O.C.G.A §§ 9-11-9.1.

### FIFTH DEFENSE

Dr. Krieger was not a state actor for purposes of alleged liability under 42 U.S.C.A. § 1983.

## SIXTH DEFENSE

Dr. Krieger deprived the patient of no protected constitutional rights that would support a claim of alleged liability under 42 U.S.C.A. § 1983.

## SEVENTH DEFENSE

Plaintiffs have failed to plead special damages with particularity.

## EIGHTH DEFENSE

Plaintiffs' claims are barred in whole or in part by the applicable statute of limitations.

## NINTH DEFENSE

Dr. Krieger breached no legal duty owed to plaintiffs.

## NINTH DEFENSE

Dr. Krieger raises the defenses of contributory and comparative negligence.

## TENTH DEFENSE

Dr. Krieger raises the defenses of intervening and superseding causation.

## ELEVENTH DEFENSE

Dr. Krieger responds to the numbered allegations in the complaint as follows:

## PART I. JURISDICTION AND VENUE

1.

Dr. Krieger agrees with the allegations contained in paragraph 1 of the complaint.

2.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the complaint.

3.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the complaint.

4.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the complaint.

5.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the complaint.

6.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the complaint.

7.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the complaint.

8.

Dr. Krieger agrees that she is subject to the jurisdiction and venue of this Court but denies all other allegations contained in paragraph 8 of the complaint.

9.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the complaint.

10.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the complaint.

11.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the complaint.

12.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the complaint.

13.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the complaint.

14.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the complaint.

15.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the complaint.

## PART II. FACTUAL BACKGROUND OF CLAIMS

16.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the complaint.

17.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the complaint.

18.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the complaint.

19.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the complaint.

20.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the complaint.

21.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the complaint.

22.

Dr. Krieger agrees that Dr. Chunduri was the referring physician for the patient's June 6, 2023, visit to the Children's Healthcare of Atlanta Scottish Rite Hospital emergency department. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 22 of the complaint.

23.

Dr. Krieger agrees that the patient was admitted and that x-rays were taken. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 23 of the complaint.

24.

Dr. Krieger agrees that Dr. Messner is a pediatrician with knowledge and experience in child abuse. Dr. Krieger is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 24 of the complaint.

25.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 25 of the complaint.

26.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the complaint.

27.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the complaint.

28.

Dr. Krieger agrees that she reviewed the results of certain radiological studies but denies that she is a radiologist and denies the remaining allegations contained in paragraph 28 of the complaint.

29.

Dr. Krieger agrees with the allegations contained in paragraph 29 of the complaint.

30.

Dr. Krieger agrees that she documented that the patient had been taken to a pediatrician earlier on June 6, 2023, and that the patient was current on vaccinations.

31.

Dr. Krieger denies the allegations contained in paragraph 31 of the complaint.

32.

Dr. Krieger denies the allegations contained in paragraph 32 of the complaint.

33.

Dr. Krieger denies the allegations directed to her contained in paragraph 33 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations directed to others contained in paragraph 33 of the complaint.

34.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the complaint.

35.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the complaint.

36.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the complaint.

37.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the complaint.

38.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the complaint.

39.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the complaint.

40.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the complaint.

41.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the complaint.

42.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the complaint.

43.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the complaint.

44.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the complaint.

45.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the complaint.

46.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the complaint.

47.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the complaint.

48.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the complaint.

49.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the complaint.

50.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the complaint.

51.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the complaint.

52.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the complaint.

53.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the complaint.

54.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the complaint.

55.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the complaint.

56.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the complaint.

57.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the complaint.

58.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the complaint.

59.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the complaint.

60.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the complaint.

61.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the complaint.

62.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the complaint.

63.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the complaint.

64.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the complaint.

65.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the complaint.

66.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the complaint.

67.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the complaint.

68.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the complaint.

69.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the complaint.

70.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the complaint.

71.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the complaint.

72.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the complaint.

73.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the complaint.

74.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the complaint.

75.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the complaint.

76.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the complaint.

77.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the complaint.

78.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the complaint.

79.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the complaint.

80.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the complaint.

81.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the complaint.

82.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the complaint.

83.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the complaint.

84.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the complaint.

85.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the complaint.

86.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the complaint.

87.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the complaint.

88.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the complaint.

89.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the complaint.

90.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the complaint.

91.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the complaint.

92.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the complaint.

93.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the complaint.

94.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the complaint.

95.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the complaint.

96.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the complaint.

97.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the complaint.

98.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the complaint.

99.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the complaint.

100.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the complaint.

101.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the complaint.

102.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the complaint.

103.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the complaint.

104.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the complaint.

105.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the complaint.

106.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the complaint.

107.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the complaint.

108.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the complaint.

109.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the complaint.

110.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the complaint.

111.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the complaint.

112.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the complaint.

113.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the complaint.

114.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the complaint.

115.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the complaint.

116.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the complaint.

117.

Dr. Krieger denies the allegations directed to her contained in paragraph 117 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 117 of the complaint.

118.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the complaint.

119.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the complaint.

120.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the complaint.

121.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the complaint.

122.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the complaint.

123.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the complaint.

124.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the complaint.

125.

Dr. Krieger denies the allegations directed to her contained in paragraph 125 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 125 of the complaint.

126.

Dr. Krieger denies the allegations directed to her contained in paragraph 126 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 126 of the complaint.

## PART III. FEDERAL CLAIMS UNDER § 42 U.S.C. 1983

## COUNT 1. FALSE ARREST

127.

Dr. Krieger incorporates her previous responses.

128.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the complaint.

129.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the complaint.

130.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the complaint.

131.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the complaint.

132.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the complaint.

## COUNT 2. MALICIOUS PROSECUTION

133.

Dr. Krieger incorporates her previous responses.

134.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of the complaint.

135.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the complaint.

136.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of the complaint.

137.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 of the complaint.

138.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 of the complaint.

## COUNT 3. VIOLATION OF RIGHT TO PARENT

139.

Dr. Krieger incorporates her previous responses.

140.

Dr. Krieger denies the allegations directed to her contained in paragraph 140 of the complaint. Dr. Krieger is without knowledge or information sufficient to

form a belief as to the truth of the remaining allegations directed to others contained in paragraph 140 of the complaint.

141.

Dr. Krieger denies that her diagnostic testing was incomplete or in violation of the medical standard of care and denies that she was a member or agent of DFCS or law enforcement. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 141 of the complaint.

142.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 of the complaint.

143.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 143 of the complaint.

144.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144 of the complaint.

145.

Dr. Krieger denies the allegations directed to her contained in paragraph 145 of the complaint. Dr. Krieger is without knowledge or information sufficient to

form a belief as to the truth of the remaining allegations directed to others contained in paragraph 145 of the complaint.

146.

Dr. Krieger denies the allegations directed to her contained in paragraph 146 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 146 of the complaint.

147.

Dr. Krieger denies the allegations directed to her contained in paragraph 147 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 147 of the complaint.

148.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 of the complaint.

149.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 of the complaint.

150.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 150 of the complaint.

151.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 151 of the complaint.

152.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 152 of the complaint.

153.

Dr. Krieger denies the allegations directed to her contained in paragraph 153 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 153 of the complaint.

154.

Dr. Krieger denies the allegations directed to her contained in paragraph 154 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 154 of the complaint.

## **COUNT 4. VIOLATION OF SIXTH AMENDMENT RIGHT TO COUNSEL**

155.

Dr. Krieger incorporates her previous responses.

156.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 156 of the complaint.

## **COUNT 5. CONSPIRACY TO VIOLATE RIGHTS**

157.

Dr. Krieger incorporates her previous responses.

158.

Dr. Krieger denies the allegations directed to her contained in paragraph 158 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 158 of the complaint.

159.

Dr. Krieger denies the allegations directed to her contained in paragraph 159 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 159 of the complaint.

160.

Dr. Krieger denies the allegations directed to her contained in paragraph 160 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 160 of the complaint.

161.

Dr. Krieger denies the allegations directed to her contained in paragraph 161 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 161 of the complaint.

## **COUNT 6. FIRST AMENDMENT RETALIATION CLAIM**

162.

Dr. Krieger incorporates her previous responses.

163.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163 of the complaint.

164.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 164 of the complaint.

165.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 165 of the complaint.

166.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 of the complaint.

167.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 of the complaint.

## PART IV. STATE LAW CLAIMS

## COUNT 7. FALSE IMPRISONMENT

168.

Dr. Krieger incorporates her previous responses.

169.

Dr. Krieger denies the allegations directed to her contained in paragraph 169 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 169 of the complaint.

170.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170 of the complaint.

171.

Dr. Krieger denies that she made any false statements and denies that she was acting as an agent of defendants CHOA and/or SVB Center. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 171 of the complaint.

172.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 of the complaint.

## **COUNT 8. DEFAMATION**

173.

Dr. Krieger incorporates her previous responses.

174.

Dr. Krieger denies the allegations directed to her contained in paragraph 174 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 174 of the complaint.

175.

Dr. Krieger denies the allegations directed to her contained in paragraph 175 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 175 of the complaint.

176.

Dr. Krieger denies the allegations directed to her contained in paragraph 176 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 176 of the complaint.

## COUNT 9. NEGLIGENCE

177.

Dr. Krieger incorporates her previous responses.

178.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 178 of the complaint.

179.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 179 of the complaint.

180.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 180 of the complaint.

181.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 181 of the complaint.

182.

Dr. Krieger agrees that in providing care and treatment to the patient she was required to comply with the applicable medical standard of care and to obtain the consent required by law. Dr. Krieger denies that she was required to obtain informed consent. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 182 of the complaint.

183.

Dr. Krieger denies the allegations directed to her contained in paragraph 183 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 183 of the complaint.

184.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 184 of the complaint.

185.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185 of the complaint.

186.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 186 of the complaint.

187.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 187 of the complaint.

188.

The complaint does not contain a paragraph 188.

189.

Dr. Krieger denies the allegations directed to her contained in paragraph 189 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 189 of the complaint.

190.

Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 190 of the complaint.

## COUNT 10. ATTORNEY'S FEES

191.

Dr. Krieger incorporates her previous responses.

192.

Dr. Krieger denies the allegations directed to her contained in paragraph 192 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 192 of the complaint.

193.

Dr. Krieger denies the allegations directed to her contained in paragraph 194 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 194 of the complaint.

## <u>COUNT 11. PUNITIVE DAMAGES</u>

194.

Dr. Krieger incorporates her previous responses.

195.

Dr. Krieger denies the allegations directed to her contained in paragraph 195 of the complaint. Dr. Krieger is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations directed to others contained in paragraph 195 of the complaint.

196.

To the extent that the "WHEREFORE" clause of the complaint requires a response, the allegations directed to Dr. Krieger are denied.

Notwithstanding any other response in this answer, Dr. Krieger denies all negligence, all wrongdoing, and all liability.

To the extent any allegation in the complaint should remain unanswered, the allegation is denied.

WHEREFORE, Dr. Krieger requests a trial by jury by a jury of twelve (12) and that she be discharged from any liability.

This 6th day of October 2025.

*/s/ Robert P. Monyak*
Robert P. Monyak, Esq.
Georgia Bar No. 517675
*Counsel for Defendant*

*Rachel Krieger, M.D.*

**PETERS & MONYAK, LLP**
2970 Clairmont Road, NE, Suite 700
Atlanta, GA  30329
404-607-0100 – Telephone
rmonyak@petersmonyak.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MATTHEW HERNANDEZ and**<br>**WILAIRAT "TUCKEY" HERNANDEZ**<br>    **Plaintiffs**<br><br>**v.**<br><br>**ADRIAN RICHARDS, TIM CONNER,**<br>**Individually and in their Official Capacities as**<br>**employees of the Forsyth County Sheriff's**<br>**Office, CAMILLE WIGGINS, Individually**<br>**and in her Official Capacity as Forensic**<br>**Interviewer, STEPHANIE V. BLANK**<br>**CENTER FOR SAFE AND HEALTHY**<br>**CHILDREN, INC., DR. STEPHEN A.**<br>**MESSNER, M.D., DR. EMMANUEL PENA,**<br>**M.D., DR. RACHEL KRIEGER, M.D.,**<br>**CHILDREN'S HEALTHCARE OF**<br>**ATLANTA, INC., CANDICE BROCHE,**<br>**Individually and in her Official Capacities**<br>**As Georgia Dept. of Human Services and**<br>**Director of the Georgia Dept. of Family and**<br>**Children Services, CARA BOWEN,**<br>**individually and in her Official Capacity as**<br>**Director of the Fulton County Dept. of Family**<br>**and Children Services, MACKENZIE**<br>**MCCRAY, NIKKI CANNON, Individually**<br>**and in their Official Capacities as Case**<br>**Managers for the Forsyth County Dept. of**<br>**Family and Children Services, SARA**<br>**ELLERS, Individually and in her Official**<br>**Capacity as DFCS Investigator, and ASHLEY**<br>**SMITH, Individually and in her Official**<br>**Capacity as the Case Plan Supervisor For the**<br>**Fulton County Dept. of Family and Children**<br>**Services,**<br>    **Defendants.** | **CIVIL ACTION FILE NO.**<br>**1:25-CV-4763 ELR** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the above and foregoing

**ANSWER OF DEFENDANT RACHEL KRIEGER, M.D. TO PLAINTIFFS'**

**COMPLAINT FOR DAMAGES DUE TO VIOLATIONS OF 42 U.S.C. § 1983**

**AND STATE LAW** with the Court via CM/ECF electronic filing system which will

make automatic electronic delivery to all parties receiving such service.

| | |
|---|---|
| Jordan "Alex" Johnson | Jessica Burton |
| Bernard & Johnson, LLC | JSB Law Firm, LLC |
| 5 Dunwoody Park, Suite 100 | P.O. Box 8 |
| Atlanta, GA 30338 | Winder, GA 30680 |
| | |
| Kenneth P. Robin | R. Page Powell, Jr. |
| Melissa A. Klatzkow | Huff Powell & Bailey LLC |
| Jarrard & Davis, LLP | 999 Peachtree Street NE Suite 950 |
| 222 Webb Street | Atlanta, Georgia 30309 |
| Cumming, GA 30040 | |

Kevin Whitmore
Assistant Attorney General
Georgia Department of Law
40 Capital Square, SW
Atlanta, Georgia 30334

  This 6th day of October 2025.

       */s/ Robert P. Monyak*
       Robert P. Monyak, Esq.
       Georgia Bar No. 517675

       *Counsel for Defendant*
       *Rachel Krieger, M.D.*

**PETERS & MONYAK, LLP**
2970 Clairmont Road, NE, Suite 700
Atlanta, GA  30329
404-607-0100 – Telephone
rmonyak@petersmonyak.com